**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Timothy Allen | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 18-15123 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-21 and index same on the master mailing list.

    Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
18 Mar 2022, 11:57:41, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 0b0dad76d92077500c3333ff835434bdbedd98227a76433a47159b01ae606abc