UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| **TIMOTHY ALLEN** | : | Case No. 18-15123 |
| | : | |
| Debtor(s). | : | |
| | : | |
| | : | |

------------------------------------X

# **O R D E R**

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. # 93 )**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 95**) is **APPROVED**.

Date: April 18, 2023

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**