Certificate Number: 03621-PAE-DE-037473666

Bankruptcy Case Number: 18-15123



03621-PAE-DE-037473666

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 31, 2023, at 7:41 o'clock PM EDT, Timothy J Allen completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 31, 2023

By: /s/Damaris Soto

Name: Damaris Soto

Title: Credit Counselor