United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-15123-amc
Timothy Allen  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jun 02, 2023 | Form ID: 138OBJ | Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy Allen, 164 Chestnut St., Chalfont, PA 18914-2931 |
| 14199691 | + | Genisys Credit Union, c/o Amato Keating and Lessa, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 14176224 | | IRS, US Dept of the Treasury, Philadelphia, PA 19100 |
| 14176225 | + | McGoldrick Leasing Company, 628 Ridge Pike, Lafayette Hill, PA 19444-2019 |
| 14535881 | + | THE BANK OF NEW YORK MELLON, c/o JILL MARIE FEIN, Hill Wallack, 777 Township Line Road, Yardley, PA 19067-5552 |
| 14677286 | + | The Bank of New York Mellon, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14176230 | + | Young, Klein & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 03 2023 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 03 2023 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14176208 | + | Email/PDF: bncnotices@becket-lee.com | Jun 03 2023 00:24:04 | Amex/American Express, Po Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 14176209 | + | Email/PDF: bncnotices@becket-lee.com | Jun 03 2023 00:24:46 | Amex/American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14196729 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2023 00:23:52 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14176210 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 03 2023 00:16:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14176215 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2023 00:12:28 | Capital One, N.a., Po Box 85520, Richmond, VA 23285 |
| 14176211 | + | Email/Text: bnc-capio@quantum3group.com | Jun 03 2023 00:16:00 | Capio Partners Llc, 2222 Texoma Pkwy Ste 150, Sherman, TX 75090-2481 |
| 14176212 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2023 00:23:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14176213 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2023 00:12:49 | Capital One, Pob 30281, Salt Lake City, UT 84130-0281 |
| 14176214 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2023 00:12:13 | Capital One, N.a., Capital One Bank (USA) N.A., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14176216 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2023 00:23:56 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14176218 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-15123-amc  Doc 116  Filed 06/04/23  Entered 06/05/23 00:29:15  Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2023 | Form ID: 138OBJ | Total Noticed: 33 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14176217 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2023 00:24:20 | Citi, Po Box 6497, Sioux Falls, SD 57117-6497 |
| | | | Jun 03 2023 00:24:43 | Citi, CitiCard Credit Services/Centralized Ban, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14176219 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 03 2023 00:16:00 | Fortiva, 5 Concourse Parkway, Atlanta, GA 30328-5350 |
| 14176221 | | Email/Text: bankruptcy@genisyscu.org | Jun 03 2023 00:17:00 | Genisys Credit Union, Po Box 7092, Troy, MI 48007 |
| 14176220 | + | Email/Text: bankruptcy@genisyscu.org | Jun 03 2023 00:17:00 | Genisys Credit Union, 2100 Executive Hills Blv, Auburn Hills, MI 48326-2947 |
| 14176223 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 03 2023 00:16:00 | Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14176222 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 03 2023 00:16:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 5213, Carol Stream, IL 60197-5213 |
| 14176226 | + | Email/PDF: cbp@onemainfinancial.com | Jun 03 2023 00:23:53 | Onemain Fi, Po Box 499, Hanover, MD 21076-0499 |
| 14751133 | | Email/Text: mtgbk@shellpointmtg.com | Jun 03 2023 00:16:00 | Shellpoint Mortgage Servicing, NewRez LLC, et al., Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 14176227 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 03 2023 00:16:00 | Specialized Loan Servi, Attn: Bankruptcy, 8742 Lucent Blvd. Suite 300, Highlands Ranch, CO 80129-2386 |
| 14176228 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 03 2023 00:16:00 | Specialized Loan Servi, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 14212577 | | Email/Text: mtgbk@shellpointmtg.com | Jun 03 2023 00:16:00 | THE BANK OF NEW YORK MELLON, C/O Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 14677069 | ^ | MEBN | Jun 03 2023 00:10:50 | The Bank of New York Mellon, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14176229 | + | Email/Text: ebn@unique-mgmt.com | Jun 03 2023 00:17:00 | Unique National Collec, 119 E Maple St, Jeffersonville, IN 47130-3439 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2023    Signature:    /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2023 | Form ID: 138OBJ | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSETBACKED CERTIFICATES, SERIES 2006-21 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSETBACKED CERTIFICATES, SERIES 2006-21 bkgroup@kmllawgroup.com |
| JILL MARIE FEIN | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSETBACKED CERTIFICATES, SERIES 2006-21 jfein@hillwallack.com, lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL J. SHAVEL | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSETBACKED CERTIFICATES, SERIES 2006-21 mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| PAUL H. YOUNG | on behalf of Debtor Timothy Allen support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Timothy Allen
        Debtor(s)                         Case No: 18−15123−amc

                                                                          Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                            900 Market Street
                              Suite 400
                          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/2/23

                                                                                                 115 − 107
                                                                                                Form 138OBJ