**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | TIMOTHY ALLEN : | CHAPTER 13 |
| | : | |
| | Debtor(s) : | BANKRUPTY NO. 18-15123 |

### ORDER TO ALLOW SUPPLEMENTAL APPLICATION FOR COMPENSATION

AND NOW, this 7th day of June, 2023, upon consideration of the foregoing Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed after Confirmation of Chapter 13 Plan, and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

Counsel fee:   **$500.00**

The amount paid is for counsel's handling of Debtor's matters as outlined in the Supplemental Application for Compensation.

~~Date:~~ XXXXXX

_____
ASHELY M. CHAN
U.S. Bankruptcy Judge

Suggested copies:

U.S. Trustee's Office

Kenneth E. West Trustee

All Creditors on Matrix

Debtor